MICHAEL J. McTAGUE AND WIFE, ROSE G. McTAGUE, PLAINTIFFS v. NORTH TOPSAIL SHORES CONDOMINIUMS, INC.; NATIONWIDE HOMES, INC.; BOBBY DIXON, INDIVIDUALLY; TOPSAIL REEF HOMEOWNER'S ASSOCIATION, INC.; ROGER PAGE; AND M. F. BOSTIC, DEFENDANTS

No. 904SC871

(Filed 18 June 1991)

APPEAL by plaintiffs from judgment entered 25 June 1990 by Judge *James H. Pou Bailey* in ONSLOW County Superior Court. Heard in the Court of Appeals 12 March 1991.

*Hargett & Hargett, by Robert T. Hargett, for plaintiff-appellants.*

*Hunton & Williams, by Julius A. Rousseau, III, for defendant-appellee Nationwide Homes, Inc.*

PARKER, Judge.

Plaintiffs appeal from summary judgment entered in favor of defendant Nationwide Homes, Inc. The issues raised are resolved in *Bonestell v. North Topsail Shores Condominiums*, 103 N.C. App. 219, 405 S.E.2d 222 (1991), an action also arising out of the construction and sale of condominiums by North Topsail Shores Condominiums, Inc., at Topsail Reef. For the reasons stated in *Bonestell*, summary judgment in favor of Nationwide is

Affirmed.

Judges JOHNSON and ORR concur.